IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRYAN JENSEN,<br><br>    Defendant. | 8:15CR214<br><br>ORDER FOR DISMISSAL |

  This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 76) and the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 54). The Court finds the motion should be granted. Accordingly,

  IT IS ORDERED THAT the United States' Motion to Dismiss (Filing No. 76) is granted and the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 54) is dismissed.

  DATED this 25th day of August, 2023.

                BY THE COURT:

                _____
                JOSEPH F. BATAILLON
                Senior United States District Judge